# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Dorsey, Jennifer A. | 2. Court or Organization  US District Court - Nevada | 3. Date of Report  05/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Trust #1 |
| 2. Adjunct Professor (Part-Time) | William S. Boyd School of Law at University of Nevada, Las Vegas |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | William S. Boyd School of Law at University of Nevada, Las Vegas - Adjunct Professor | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Ainsworth Game Technology - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Nevada | June 29, 2017 - July 2, 2017 | Austin, Texas | State Bar of Nevada Bar Association Annual Meeting (Instructor - Trial Academy) | Transportation and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizon Ridge Professional Park, L.P. | A | Interest | J | W | | | | | |
| 2. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 3. 529 Accounts (H) | | | | | | | | | |
| 4. - American Funds Bond Fund of America 529 | A | Interest | K | T | | | | | |
| 5. - American Funds Growth Fund of America 529 | A | Interest | L | T | Sold (part) | 12/21/17 | J | | |
| 6. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 7. - American Funds Capital World Bond Fund 529 | A | Interest | J | T | | | | | |
| 8. - American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | | | | | |
| 9. - American Funds New World Fund 529 | A | Interest | J | T | | | | | |
| 10. - American Funds US Govt Sec Fund 529 | A | Interest | J | T | | | | | |
| 11. - American Funds Fund of America 529 | A | Interest | J | T | | | | | |
| 12. Trust # 1 Accounts | | | | | | | | | |
| 13. - Wells Fargo Cash Accounts | A | Interest | M | T | | | | | |
| 14. - Morgan Stanley Cash Accounts | B | Interest | N | T | | | | | |
| 15. - Clark County, NV Rental Property | E | Rent | N | R | | | | | |
| 16. Stocks/Equities (H) | | | | | | | | | |
| 17. - AES Corp stock | A | Dividend | J | T | Buy (add'l) | 08/10/17 | J | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Allergan PLC stock | A | Dividend | | | Sold | 11/09/17 | J | | |
| 19. - Alphabet Inc. Class A stock (f/k/a Google) | A | Dividend | K | T | | | | | |
| 20. - Altria Group Inc stock | A | Dividend | K | T | Buy (add'l) | 07/31/17 | J | | |
| 21. - Amazon Com stock | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 22. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 23. - American Intl Gp Inc (new) stock | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 24. - Amgen Inc stock | A | Dividend | J | T | | | | | |
| 25. - Amphenol Corp New Class A stock | A | Dividend | J | T | | | | | |
| 26. - Anadarko Pete stock | A | Dividend | J | T | | | | | |
| 27. - Anheuser Busch Inbev SA stock | A | Dividend | J | T | Buy (add'l) | 03/02/17 | J | | |
| 28. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 29. - Anthem Inc stock | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 30. - Apple Inc stock | A | Dividend | K | T | Sold (part) | 06/01/17 | J | | |
| 31. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 32. - Applied Materials Inc stock | A | Dividend | J | T | Sold (part) | 11/10/17 | J | | |
| 33. - Bank of America Corp stock | A | Dividend | K | T | Sold (part) | 02/08/17 | J | | |
| 34. | | | | | Buy (add'l) | 03/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 36.   - Baxter Intl Inc stock | A | Dividend | J | T | | | | | |
| 37.   - Berkshire Hathaway Class B stock | A | Dividend | J | T | | | | | |
| 38.   - Boeing Inc stock | A | Dividend | J | T | Sold (part) | 03/02/17 | J | | |
| 39. | | | | | Sold (part) | 03/16/17 | J | | |
| 40.   -Bristol Myers Squibb Co stock | A | Dividend | J | T | | | | | |
| 41.   - British Amer Tob Spon ADR stock | A | Dividend | J | T | | | | | |
| 42.   - Broadridge Financial Solution LLC stock | A | Dividend | J | T | Buy | 06/01/17 | J | | |
| 43.   - CSX Corp stock | A | Dividend | J | T | | | | | |
| 44.   - CVS Health Corp stock | A | Dividend | J | T | Buy (add'l) | 12/12/17 | J | | |
| 45.   - Casey's General Stores Inc stock | A | Dividend | J | T | Sold (part) | 12/07/17 | J | | |
| 46.   - Celgene Corp stock | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | |
| 47.   - Cerner Corp stock | A | Dividend | J | T | | | | | |
| 48.   - Chevron Corp stock | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 49.   - Citigroup Inc stock | A | Dividend | J | T | | | | | |
| 50.   - Coca Cola Co stock | A | Dividend | | | Sold | 03/09/17 | J | | |
| 51.   - Cognizant Tech Solutions stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - ConocoPhillips stock | A | Dividend | K | T | | | | | |
| 53.   - Corning Inc stock | A | Dividend | J | T | Sold (part) | 07/05/17 | J | | |
| 54.   - Cummins Inc stock | A | Dividend | | | Sold | 04/27/17 | J | | |
| 55.   - Walt Disney Co Holding Company stock | A | Dividend | K | T | Buy (add'l) | 09/07/17 | J | | |
| 56.   - Dollar Tree Inc stock | A | Dividend | J | T | | | | | |
| 57.   - Du Pont Ei De Nemours & Co stock | A | Dividend | J | T | | | | | |
| 58.   - Ecolab Inc stock | A | Dividend | J | T | | | | | |
| 59.   - Express Scripts Hldg Co stock | A | Dividend | J | T | | | | | |
| 60.   - Exxon Mobil stock | A | Dividend | J | T | | | | | |
| 61.   - FMC Corp stock | A | Dividend | J | T | | | | | |
| 62.   - Facebook Inc Class A stock | A | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 63. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 64.   - Fastenal Co stock | A | Dividend | J | T | | | | | |
| 65.   - Fleetcor Technologies stock | A | Dividend | J | T | | | | | |
| 66.   - Gilead Science stock | A | Dividend | | | Sold (part) | 02/08/17 | J | | |
| 67. | | | | | Sold | 03/10/17 | J | | |
| 68.   - Halliburton Co stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Honeywell International Inc stock | A | Dividend | J | T | | | | | |
| 70. - Humana Inc stock | A | Dividend | J | T | | | | | |
| 71. - Intel Corp stock | A | Dividend | J | T | | | | | |
| 72. - Intuit Inc stock | A | Dividend | J | T | | | | | |
| 73. - JP Morgan Chase & Co stock | A | Dividend | J | T | | | | | |
| 74. - Johnson & Johnson stock | A | Dividend | J | T | | | | | |
| 75. - Juniper Networks stock | A | Dividend | J | T | | | | | |
| 76. - Littlefuse Inc stock | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 77. - Lockheed Martin Corp stock | A | Dividend | J | T | | | | | |
| 78. - Lowes Companies Inc stock | A | Dividend | J | T | | | | | |
| 79. - MGM Resorts International stock | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 80. - Marathon Petroleum Corp stock | A | Dividend | J | T | | | | | |
| 81. - Markel Corp (Holding Co) stock | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 82. - Mastercard Inc stock | A | Dividend | J | T | Sold (part) | 11/06/17 | J | | |
| 83. - Maximus Inc stock | A | Dividend | J | T | | | | | |
| 84. - Merck & Co Inc stock | A | Dividend | J | T | | | | | |
| 85. - Metlife Incorporated stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Microsoft Corp stock | A | Dividend | K | T | | | | | |
| 87. - Middleby Corp stock | A | Dividend | J | T | | | | | |
| 88. - Monro Muffler & Brake stock | A | Dividend | | | Sold | 05/01/17 | J | | |
| 89. - Morgan Stanley stock | A | Dividend | J | T | | | | | |
| 90. - Nextera Energy Inc stock | A | Dividend | J | T | Sold (part) | 12/12/17 | J | | |
| 91. - Nike Inc stock | A | Dividend | J | T | | | | | |
| 92. - Novo Nordisk A/S ADR stock | A | Dividend | J | T | | | | | |
| 93. - Palo Alto Networks Inc stock | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 94. - Pepsico Inc stock | A | Dividend | J | T | | | | | |
| 95. - Philip Morris Intl Inc stock | A | Dividend | J | T | | | | | |
| 96. - Phillips 66 stock | A | Dividend | K | T | Buy (add'l) | 05/18/17 | J | | |
| 97. | | | | | Sold (part) | 10/11/17 | J | | |
| 98. - Priceline Grp Inc stock | A | Dividend | J | T | Buy (add'l) | 11/14/17 | J | | |
| 99. - Qualcomm Inc stock | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |
| 100. - Reynolds American Inc stock | A | Dividend | | | Redeemed (part) | 07/25/17 | J | | |
| 101. - Royal Dutch Shell PLC stock | A | Dividend | J | T | | | | | |
| 102. - Schlumberger Ltd stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Sherwin Williams Company stock | A | Dividend | J | T | | | | | |
| 104. - Starbucks Corp stock | A | Dividend | | | Sold | 08/01/17 | J | | |
| 105. - TJX Cos Inc stock | A | Dividend | J | T | Buy (add'l) | 05/19/17 | J | | |
| 106. - Target Corporation stock | A | Dividend | J | T | Buy (add'l) | 03/09/17 | J | | |
| 107. - Teradata Corp stock | A | Dividend | J | T | | | | | |
| 108. - Tractor Supply Co stock | A | Dividend | | | Sold | 11/01/17 | J | | |
| 109. - Tyson Foods Inc stock | A | Dividend | J | T | | | | | |
| 110. - Union Pacific Corp stock | A | Dividend | J | T | | | | | |
| 111. - United Technologies Corp stock | A | Dividend | J | T | | | | | |
| 112. - Unumprovident Corp stock | A | Dividend | J | T | Sold (part) | 12/11/17 | J | | |
| 113. - Valero Energy CP stock | A | Dividend | J | T | Sold (part) | 05/02/17 | J | | |
| 114. - VCA Antech Inc stock | A | Dividend | | | Sold | 01/12/17 | J | | |
| 115. - Verizon Communications stock | A | Dividend | J | T | | | | | |
| 116. - Visa Inc stock | A | Dividend | J | T | | | | | |
| 117. - Wells Fargo & Co stock | A | Dividend | K | T | Buy (add'l) | 05/16/17 | J | | |
| 118. - Williams Co Inc stock | A | Dividend | J | T | Buy (add'l) | 01/10/17 | J | | |
| 119. | | | | | Buy (add'l) | 01/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ETF/Equity Index Holdings (H) | | | | | | | | | |
| 121.  - Guggenheim Enhanced Short Duration ETF | A | Dividend | | | Sold | 02/09/17 | J | | |
| 122.  - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | Buy | 03/14/17 | J | | |
| 123. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 124.  - First Trust Large Cap Core ETF | A | Dividend | J | T | Sold (part) | 06/06/17 | J | | |
| 125. | | | | | Sold (part) | 11/08/17 | J | | |
| 126.  - First Trust Dow Jones Stoxx Eur ETF | A | Dividend | J | T | Buy | 06/06/17 | J | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130.  - O'Shares FTSE US Quality ETF | A | Dividend | J | T | Buy (add'l) | 06/06/17 | J | | |
| 131.  - Global X RBTCS & AI ETF | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 132.  - IQ Enhanced Core Plus Bond ETF | A | Dividend | J | T | Buy | 07/27/17 | J | | |
| 133. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 134.  - IShares Core S&P Total US Stock ETF | A | Dividend | K | T | Buy (add'l) | 06/06/17 | J | | |
| 135.  - IShares TIPS Bond ETF | A | Dividend | J | T | Buy | 10/17/17 | K | | |
| 136. | | | | | Sold (part) | 11/28/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - S&P 500 Index Fund ETF | A | Dividend | J | T | Sold (part) | 02/09/17 | J | | |
| 138. | | | | | Sold (part) | 09/11/17 | J | | |
| 139. - IShares Core US Aggregate ETF | A | Dividend | | | Sold (part) | 04/11/17 | J | | |
| 140. | | | | | Sold (part) | 07/12/17 | J | | |
| 141. | | | | | Sold | 09/11/17 | J | | |
| 142. - IShares SP Smallcap 600 Index ETF | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 143. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 144. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 145. - IShares MSCI Emerging Markets ETF | A | Dividend | J | T | Buy (add'l) | 06/06/17 | J | | |
| 146. | | | | | Sold (part) | 06/06/17 | J | | |
| 147. - IShares MSCI USA Min Vol ETF | A | Dividend | J | T | Sold (part) | 07/12/17 | J | | |
| 148. - JPM Diversified Ret Intl Equity ETF | A | Dividend | J | T | Buy (add'l) | 06/06/17 | J | | |
| 149. - Mainstay Def Term Muni Opp ETF | A | Dividend | J | T | Buy | 03/09/17 | J | | |
| 150. - Powershares DB Base Metals FD ETF | A | Dividend | J | T | Sold (part) | 05/01/17 | J | | |
| 151. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 152. - Powershares QQQ ETF | A | Dividend | K | T | Buy (add'l) | 09/11/17 | J | | |
| 153. - Powershares DB Multi-Sec Energy FD ETF | A | Dividend | J | T | Buy | 04/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/11/17 | J | | |
| 155. | | | | | Buy | 09/11/17 | J | | |
| 156.  - SPDR Portf Emerging Markets ETF | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 157.  - SPDR Blackstone GSO Sen Loan ETF | A | Dividend | J | T | Buy (add'l) | 05/11/17 | J | | |
| 158. | | | | | Sold (part) | 07/12/17 | J | | |
| 159. | | | | | Sold (part) | 09/11/17 | J | | |
| 160.  - SPDR S&P Midcap 400 ETF | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 161. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 162.  - SPDR Barcap Short Term High Yield ETF | A | Dividend | | | Sold | 07/12/17 | J | | |
| 163.  - SPDR Technology Sel Sector FD ETF | A | Dividend | J | T | Buy | 05/11/17 | J | | |
| 164. | | | | | Sold (part) | 05/16/17 | J | | |
| 165.  - Energy Select Sector SDPR ETF | A | Dividend | | | Buy (add'l) | 02/09/17 | J | | |
| 166. | | | | | Sold | 03/14/17 | J | | |
| 167.  - WT BBRG DLR Bull ETF | A | Dividend | J | T | | | | | |
| 168.  - Invesco Diversified Dividend EFT | C | Dividend | L | T | Buy | 03/29/17 | M | | |
| 169. | | | | | Sold (part) | 10/17/17 | K | | |
| 170. | | | | | Sold (part) | 10/26/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 172. Mutual Funds (H) | | | | | | | | | |
| 173. - American Century Equity Inc Inv | A | Interest | | | Sold (part) | 03/29/17 | L | | |
| 174. - American Century Emerg Mkts Inv | A | Interest | L | T | Buy | 06/08/17 | L | | |
| 175. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 176. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 177. - Brandes Intl Small Cap Equity | A | Interest | M | T | Buy (add'l) | 03/29/17 | K | | |
| 178. | | | | | Sold (part) | 10/17/17 | K | | |
| 179. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 180. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 181. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 182. - Columbia Contrarian Core | A | Interest | | | Sold | 03/29/17 | K | | |
| 183. - Columbia Dividend Inc Z | C | Interest | L | T | Sold (part) | 03/29/17 | M | | |
| 184. | | | | | Buy (add'l) | 10/17/17 | L | | |
| 185. | | | | | Buy (add'l) | 10/26/17 | K | | |
| 186. - Columbia Sel Large Cap Value Z | A | Interest | L | T | Sold (part) | 03/29/17 | J | | |
| 187. | | | | | Buy (add'l) | 03/29/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/26/17 | J | | |
| 189.  - EV Floating Rate I | A | Interest | K | T | Sold (part) | 03/29/17 | J | | |
| 190. | | | | | Sold (part) | 10/17/17 | K | | |
| 191. | | | | | Sold (part) | 10/26/17 | J | | |
| 192.  - Goldman Sachs SMCP Eq Insight | A | Interest | L | T | Buy | 11/28/17 | L | | |
| 193. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 194.  - Goldman Sachs Emerging Markets Debt I | A | Interest | K | T | Buy | 10/26/17 | K | | |
| 195. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 196.  - Ivy Intl Core Equity I | A | Interest | L | T | Buy | 08/16/17 | K | | |
| 197. | | | | | Buy (add'l) | 10/17/17 | K | | |
| 198. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 199. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 200.  - Clearbridge Aggressive Growth I | C | Interest | M | T | Buy (add'l) | 03/29/17 | K | | |
| 201. | | | | | Sold (part) | 03/29/17 | J | | |
| 202. | | | | | Sold (part) | 10/26/17 | J | | |
| 203. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 204.  - First Trust Preferred Sec & Inc Index | A | Interest | L | T | Buy (add'l) | 03/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/17/17 | K | | |
| 206. | | | | | Sold (part) | 10/17/17 | K | | |
| 207. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 208. | | | | | Sold (part) | 10/26/17 | J | | |
| 209. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 210. - Mainstay Tax Free Bond I | A | Interest | K | T | | | | | |
| 211. - Neuberger Berman Intl Eq Inst | B | Interest | K | T | Sold (part) | 03/29/17 | K | | |
| 212. | | | | | Sold (part) | 10/17/17 | J | | |
| 213. | | | | | Sold (part) | 10/26/17 | J | | |
| 214. - Neuberger Intrinsic Value Inst | A | Interest | | | Sold | 03/29/17 | K | | |
| 215. - Nuveen Muni Tot Ret Mngd Accts | A | Interest | M | T | | | | | |
| 216. - Nuveen Symp Floating Rt Inc I | A | Interest | | | Sold | 07/26/17 | K | | |
| 217. - Oppenheimer Intl Small-Mid Co | A | Interest | K | T | Buy | 10/17/17 | K | | |
| 218. - Principal Preferred Sec Inst NBR | A | Interest | J | T | Buy (add'l) | 03/29/17 | J | | |
| 219. | | | | | Sold (part) | 10/17/17 | K | | |
| 220. | | | | | Sold (part) | 10/26/17 | J | | |
| 221. - Prudential Jennison SM Comp Z | A | Interest | L | T | Buy (add'l) | 03/29/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/28/17 | L | | |
| 223. - Virtus Vontobel Foreign Opportunity I | A | Interest | L | T | Buy | 03/29/17 | L | | |
| 224. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 225. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 226. - Virtus Vontobel Emerging Market Opportunity I | A | Interest | L | T | Buy | 03/29/17 | L | | |
| 227. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 228. - Ridgeworth SEIX FT/RX Hi Inc | A | Interest | | | Sold | 07/26/17 | J | | |
| 229. - Western Asset Core Plus BD I NBR | C | Interest | M | T | Sold (part) | 03/29/17 | K | | |
| 230. | | | | | Sold (part) | 10/26/17 | J | | |
| 231. - Western Asset Int Term Muni | A | Interest | M | T | Buy (add'l) | 02/14/17 | M | | |
| 232. | | | | | Sold (part) | 03/13/17 | K | | |
| 233. Fixed Income/Bonds (H) | | | | | | | | | |
| 234. - Chaseflex Trust 2005-1 | A | Interest | K | T | | | | | |
| 235. - Delta Airlines 2010-2A | A | Interest | J | T | | | | | |
| 236. - NAA 2006-AP1 | A | Interest | J | T | | | | | |
| 237. - Boone Cnty Ky School Dist | A | Interest | J | T | | | | | |
| 238. - Carmel Ind Local Pub Impt Board | A | Interest | J | T | Buy | 11/16/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Chaffey Calif United HS | A | Interest | J | T | | | | | |
| 240. - Connecticut St Spl Tax Oblig | A | Interest | | | Sold | 04/17/17 | K | | |
| 241. - Clark County WA School Dist | A | Interest | J | T | Buy | 04/20/17 | J | | |
| 242. - Geisinger Auth PA Health System | A | Interest | J | T | Buy | 04/19/17 | J | | |
| 243. - Johnson Cnty Kansas Uni School | A | Interest | J | T | | | | | |
| 244. - Kentucky St Prop & Bldgs Comm Rev Ref Proj 100-A | A | Interest | K | T | | | | | |
| 245. - Massachusetts St Genl Oblig | A | Interest | | | Sold | 04/24/17 | J | | |
| 246. - Miami-Dade Cnty FL Spl Oblig Ser | A | Interest | | | Redeemed | 10/02/17 | K | | |
| 247. - New York City Trans Fin Auth | A | Interest | J | T | Buy | 04/27/17 | J | | |
| 248. - Ohio State Infrastr Impt | A | Interest | K | T | | | | | |
| 249. - Port Auth NY & NJ Consolidated Rev | A | Interest | K | T | | | | | |
| 250. - Seattle Wash Wtr Sys Rev | A | Interest | | | Sold | 11/16/17 | J | | |
| 251. - Texas St Mobility Fund Rev | A | Interest | K | T | | | | | |
| 252. Dependent Child Bank Accounts | | | | | | | | | |
| 253. - Wells Fargo Cash Accounts | A | Interest | J | T | | | | | |
| 254. - Chase Bank Cash Account | | | J | T | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

- Trust #1 notation includes all relevant investment, brokerage and retirements accounts held via family trust (filer and spouse being co-trustees) and/or beneficiary at Morgan Stanley Smith Barney. Holdings are included under Trust #1 and itemized individually for ease of reference.

- Line 15 asset listed was acquired in prior years and disclosed with purchase price and transaction details at such time.

- Holding at Line 41 (British American Tob Spon ADR) was associated with redemption and putchase of holding at line 100 (Reynolds American Inc) and the transaction dated July 25, 2017. None of the categories of transaction codes match transaction, so filer lists the holding and describes holding here in efforts to comply with applicable requirements.

- Filer lists checking/savings accounts at lines 253-254 belonging to adult dependent child that are above the applicable reporting threshold. These accounts were inadvertently omitted from prior reporting and are identified based on their values in Filer's 2017 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/07/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jennifer A. Dorsey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544